IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SALDANA,

      Petitioner,                    No. CIV S-08-1928 EFB P

   vs.

EDMUND G. BROWN, Jr.,

      Respondents.             ORDER

_____/

      Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

      For the reasons explained below, the petition is defective. Petitioner fails to name the proper respondent and he fails to state a claim for relief.[1] Thus, to proceed, petitioner must file an amended petition.

////

////

---

[1] The court notes that petitioner did not sign the petition. If he files an amended petition, he must sign it under penalty of perjury. *See* Rule 2(c)(5), Rules Governing Section 2254 Cases.

1

**I.      Proper Respondent**

A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him.  28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases.  This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Petitioner names the Attorney General, Edmund G. Brown, who does not have custody of petitioner.  Petitioner has not named the proper respondent.  To proceed, he must file an amended petition.

**II.     Claims for Relief**

A district court must entertain a habeas petition "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).  A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.  Petitioner describes the claims he presented to the state courts.  However, he does not allege grounds for relief.  Thus, the court cannot find that petitioner might be entitled to habeas relief.  Petitioner must file an amended petition.

Accordingly, it is hereby ORDERED that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted; and,

2. The August 18, 2008, petition is dismissed with leave to file an amended petition within 30 days of the date of this order.  The amended petition must be styled, "First Amended Petition," must identify petitioner's custodian as the respondent, must allege cognizable grounds for relief and must be signed under penalty of perjury.  Petitioner's failure to comply with this

////

////

////

2

order will result in this action being dismissed without prejudice.  The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of Habeas Corpus used in this court.

Dated:   November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE