IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SALDANA,

        Petitioner,                      No. CIV S-08-1928 EFB P

    vs.

FRANCISCO JAQUEZ, Warden, et al.,

        Respondents.            ORDER

_____/

      Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636.

      On July 29, 2009, respondents moved to dismiss the petition on the ground that it contains unexhausted claims. Petitioner has not filed an opposition or a statement of no opposition.

      A party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 78-230(m). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

1 | inherent power of the Court." L. R. 11-110.  The court may dismiss this action with or without
2 | prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*,
3 | 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se*
4 | plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with
5 | Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988)
6 | (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of
7 | address affirmed).
8 |      Accordingly, it is hereby ORDERED that, within 30 days of the date of this order,
9 | petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.
10 | Failure to comply with this order will result in this action being dismissed.
11 | Dated: September 23, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE