IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SALDANA,

    Petitioner,                   No. CIV S-08-1928 EFB P

    vs.

FRANCISCO JAQUEZ, Warden, et al.,

    Respondents.               ORDER

                                 /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has notified the Clerk of the Court of his intent to voluntarily dismiss this action.

A petitioner may dismiss an action without a court order at any time before respondent serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a); *see also* Rule 11, Rules Governing Section 2254 Proceedings. Respondent has not answered or moved for summary judgment.

The Clerk of the Court therefore is directed to enter petitioner's dismissal without prejudice.

So ordered.

DATED: November 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE